UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 19-3695

_____

LUIS DOTSON, individually and on behalf of those similarly situated,
Appellant

v.

NATIONWIDE CREDIT, INC., JOHN DOES 1 to 10

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-18-cv-16779)
District Judge:  Hon. Madeline C. Arleo

_____

Submitted Under Third Circuit LAR 34.1(a)
September 22, 2020

Before:   SMITH, *Chief Judge*, McKEE, and JORDAN, *Circuit Judges.*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 22, 2020.  On consideration whereof,

It is now hereby ORDERED and ADJUDGED that the Order of the District Court entered on October 23, 2019 is hereby AFFIRMED.  All of the above in accordance with the opinion of this Court.  Costs shall be taxed against Appellant.

ATTEST:


s/ Patricia S. Dodszuweit

Clerk

DATED:   September 28, 2020

2